# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. vs. Mireya Gaytan-Quezada                                  Criminal Action No. 07-cr-00024-LTB

## Petition for Early Termination of Probation

COMES NOW, Edward C. Gadden, Probation Officer of the Court, presenting an official report upon the conduct and attitude of Mireya Gaytan-Quezada, who was placed on probation by the Honorable Kathleen Cardone, sitting on the Court in the Western District of Texas, on the 27th day of April, 2005, under original Dkt. No. EP-04-CR-2601-KC, who fixed the period of supervision at three years, with supervision commencing on April 27, 2005, and imposed the general terms and conditions theretofore adopted by the court and also imposed special condition(s) and term(s) as follows:

(1) $100 Special Assessment Fee

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

PRAYING THAT THE COURT WILL ORDER: (1) that the Probation Officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of probation; and (3) that, if the United States does not file a timely objection, that the defendant be discharged from probation and the proceedings in this case be terminated.

Respectfully,

s/ Edward C. Gadden
U.S. Probation Officer
Place: Denver, Colorado
Date: February 13, 2007

## ORDER OF THE COURT

After consideration of the petition, it is

ORDERED that the Probation Officer serve this petition and order on the United States. It is further ordered that the United States respond in writing within fifteen days of the date of service, indicating whether there is any objection to the early termination of probation. It is further ordered that this petition and order be filed and made a part of the record in the above case.

DATED at Denver, Colorado, this    22nd    day of    February   , 2007.

s/Lewis T. Babcock
Lewis T. Babcock
Chief U.S. District Judge