**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00024-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MIREYA GAYTAN-QUEZADA,

        Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

        On February 13, 2007, the probation officer submitted a petition for early termination of probation in this case. On February 22, 2007, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on February 23, 2007, and on February 26, 2007, an email was received from Assistant U.S. Attorney James Allison stating that he had no objection to the proposed relief. Accordingly, it is

        ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

        DATED at Denver, Colorado, this __2nd__ day of March, 2007.

                              BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock
                                  Chief United States District Judge